BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $81,013.41 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER 3060031290, HELD IN THE NAME OF MANUEL LUNA,<br><br>        Defendant. | 2:14-MC-00091-WBS-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Manuel Luna, through undersigned counsel, as follows:

1.      On or about April 10, 2014, claimant Manuel Luna filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $81,013.41 seized from JP Morgan Chase Bank Account Number 3060031290, held in the name of Manuel Luna (hereafter "defendant funds"), which were seized on February 7, 2014.

2.      The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 9, 2014.

4.      By Stipulation and Order filed July 3, 2014, the parties stipulated to extend to October 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed October 3, 2014, the parties stipulated to extend to December 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 6, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

7.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 6, 2015.

Dated:     12/4/14                                    BENJAMIN B. WAGNER
                                                      United States Attorney

                                           By:     /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

Dated:     12/1/14                                  /s/ William A. Welch
                                                   WILLIAM A. WELCH
                                                   Attorney for Claimant Manuel Luna
                                                   (Authorized via email 12/1/14)

IT IS SO ORDERED.

Dated:  December 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE